54 A.3d 21

**Rumillio TORRES, Appellant**

v.

**SECRETARY OF the BOARD FOR PAROLE/PROBATION, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**